1  BENJAMIN B. WAGNER
   United States Attorney
2  TOSS A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700




6  Attorneys for Plaintiff
   United States of America

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                                    2:13-CR-0334 GEB

11 | UNITED STATES OF AMERICA,         | CASE NO.
12 |            Plaintiff,             | ORDER TO SEAL
                                       | (UNDER SEAL)
13 |        v.
14 | BRYAN GRANT HOTTEL,
15 |            Defendant.

17     The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Todd A. Pickles
18 to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the
19 Court.

21 Dated: 10/3/2013

                                       HONORABLE CAROLYN K. DELANEY
23                                     United States Magistrate Judge